DEFENDANT:       Jeramyah Gonzalez a/k/a Joseph Peña a/k/a Joseph Sanchez

YOB:       1982

COMPLAINT
FILED?       _____ Yes    __X___ No

       If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ Yes   _____ No
    If No, a new warrant is required

OFFENSES:       *Counts 6:* Mail Fraud, 18 U.S.C. § 1341
       *Count 7:* Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1)

LOCATION OF
OFFENSE:       Adams County, Colorado

PENALTY:       *Mail Fraud (Count 6):* NMT twenty years imprisonment and/or NMT
       $250,000 fine; NMT three years supervised release; $100 special
       assessment
       *Aggravated Identity Theft (Count 7):* two years imprisonment consecutive
       to any other prison sentence

AGENT:       Dana McKay, Dep't of Education OIG
       Charlie Beans, U.S. Secret Service

AUTHORIZED
BY:       Daniel E. Burrows, Special Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  _X_ five days or less    ____ over five days    ____ other

THE GOVERNMENT

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)([1 or 2])
____X__ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _ Yes _X_ No