| | |
|---|---|
| DEFENDANT: | Andrew Sanchez |
| YOB: | 1991 |
| COMPLAINT FILED? | _____ Yes   \_\_X\_\_\_\_ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ Yes   _____ No
   If No, a new warrant is required

| | |
|---|---|
| OFFENSES: | *Count 8:* Conspiracy, 18 U.S.C. § 371 |
| LOCATION OF OFFENSE: | Adams County, Colorado |
| PENALTY: | *Conspiracy (Count 8):* NMT five years imprisonment and/or NMT $250,000 fine; NMT three years supervised release; $100 special assessment |
| AGENT: | Dana McKay, Dep't of Education OIG<br>Charlie Beans, U.S. Secret Service |
| AUTHORIZED BY: | Daniel E. Burrows, Special Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

  X   five days or less        \_\_\_\_ over five days         \_\_\_\_ other

THE GOVERNMENT

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)([1 or 2])
   X    will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:       \_ Yes  X  No

1