AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| | )    Case No. |
| SARA SANCHEZ | ) |
| | ) |
| _____ | ) |
| *Defendant* | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| | |
|---|---|
| Place: Alfred J. Arraj U.S. Court 901 19th Street Denver, CO 80294 | Courtroom No.: |
| | Date and Time:   09/04/2018 0:00 am |

This offense is briefly described as follows:

20 U.S.C. § 1097(A), Student Loan Fraud

Prior to court appearance, defendant shall report to probation at 9:00 a.m., 1929 Stout Street, Denver, CO and the U.S. Marshal's Service; 901 19th Street, Denver, Colorado at 10:00 a.m.

Date:     08/28/2018

_____
*Issuing officer's signature*

_____
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons           ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No.

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

_____

Usual place of abode *(if different from residence address):* _____

_____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of
process: _____

_____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the
United States: _____

_____

### PROOF OF SERVICE

This summons was received by me on *(date)* _____ .

❏ I personally served the summons on this defendant _____ at

*(place)* _____ on *(date)* _____ ; or

❏ On *(date)* _____ I left the summons at the individual's residence or usual place of abode

with *(name)* _____ , a person of suitable age and discretion who resides

there, and I mailed a copy to the individual's last known address; or

❏ I delivered a copy of the summons to *(name of individual)* _____ ,

who is authorized to receive service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ and I mailed a copy to

the organizations's last known address within the district or to its principal place of business elsewhere in the
United States; or

❏ The summons was returned unexecuted because: _____

_____ .

I declare under penalty of perjury that this information is true.

Date returned: _____        _____

*Server's signature*

_____

*Printed name and title*

Remarks: