## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   18-CR-389 WYD

UNITED STATES OF AMERICA,

     Plaintiff(s),

v.

5.  SARA SANCHEZ

     Defendant(s)

---

## NOTICE OF APPEARANCE

---

     David R. Jones hereby enters his appearance as CJA counsel on behalf of the Defendant, Sara Sanchez, and all further notices and copies of pleadings, papers and other materials relevant to this action should be directed to and served at the address below.

     Respectfully submitted this 5th day of September, 2018.


BY: */s/ David R. Jones*
     David R. Jones, #27352
     DECKER & JONES
     226 West Twelfth Avenue
     Denver, CO  80204
     Telephone: 303-573-5253
     Email: drjones@DeckerJonesLaw.com
     Attorney for Defendant Sara Sanchez

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2018, I filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification of such filing to all counsel of record.

*s/ David R. Jones*
David R. Jones