## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   18-CR-389-RBJ

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

5.  SARA SANCHEZ

    Defendant(s)

## NOTICE OF DISPOSITION

    Sara Sanchez, through CJA counsel David R. Jones, provides notice to the Court that the parties have reached a disposition in this matter.  After consultation, Ms. Sanchez has authorized counsel to file this notice.  Ms. Sanchez requests that the Court set a change of plea hearing and vacate the current trial, pretrial conference and motions hearing dates.

    Respectfully submitted this 4th day of December, 2018.

    BY:  /s/ David R. Jones
        David R. Jones, #27352
        DECKER & JONES
        226 West Twelfth Avenue
        Denver, CO  80204
        Telephone: 303-573-5253
        Email: drjones@DeckerJonesLaw.com
        Attorney for Defendant Sara Sanchez

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of December, 2018, I filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification of such filing to all counsel of record.

                                    *s/ David R. Jones*
                                    David R. Jones