IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 18-cr-0038-RBJ | Date: February 8, 2019 |
| Courtroom Deputy: | Patricia Glover | Court Reporter: Sarah Mitchell |
| Interpreter: | N/A | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Daniel Burrows* |
| v. | |
| 5. SARA SANCHEZ<br>**Defendant** | *David Jones* |

### COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

Court in session:  1:29 p.m.

Appearances of counsel.

Defendant is present on bond.

The Plea Agreement (Court Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the Court.

Defendant is sworn.

Defendant's right to trial by jury and other constitutional rights explained.

Factual basis for the plea stated.

Defendant advised of maximum penalties, sentencing guidelines and appeal rights.

Defendant enters plea of guilty to Count 9 of the Indictment pursuant to the plea agreement.

The Court finds that the defendant has knowingly, intelligently, and voluntarily entered a plea of guilty.

**ORDERED**:   **The plea of guilty to Count 9 of the Indictment entered by the defendant is accepted, the defendant is found guilty of the crime charged.**

**The Probation Department shall conduct a presentence investigation and file a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32.**

**Sentencing is set for April 25, 2019, at 8:30 a.m. before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.**

**The defendant's bond is continued.**

Court in Recess:  1:46 p.m.          Hearing concluded.          Total time in Court:  00:17