IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. SARA SANCHEZ,

    Defendant.

---

## Government's Objections to Presentence Report Regarding Sara Sanchez

---

    The government hereby submits the following objections to the presentence report (PSR) prepared with regard to Defendant Sara Sanchez (ECF No. 125):

    <u>Paragraph 29</u>**:** The government does not believe that J.M. and A.M. were actually victims of any criminal conduct by Defendant Sara Sanchez. While the government believes that another defendant in this case did steal and use the identities of J.M. and A.M., there is no evidence that Defendant Sara Sanchez stole anyone's identity, and the parties have stipulated that "Defendant Sara Sanchez did not knowingly participate" in the fraud schemes perpetrated by others (S. Sanchez Plea Agreement 5, ECF No. 101). Both Defendant's guilty plea and the stipulated facts cover just Defendant Sara Sanchez's own misuse of student aid funds disbursed in her own name.

    <u>Paragraph 92</u>: The date of the government's loss calculation in Footnote 3 is incorrect. The loss calculation relied on by the parties included tax offsets and other

payments through February 14, 2018, and such payments were reflected in the restitution amounts in the Plea Agreement. (As noted in the PSR, the government is working with Defendant Sara Sanchez to determine whether there are additional payments that were not reflected in the restitution amounts. The government does not object to reducing the restitution judgment to reflect any such additional payments.)

Respectfully submitted this 2nd day of April, 2019.

*Jason R. Dunn*
U.S. Attorney


s/ Daniel E. Burrows
*Daniel E. Burrows*
1801 California St.
Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0400
E-mail: daniel.burrows@usdoj.gov
Special Assistant U.S. Attorney