**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. SARA SANCHEZ,

    Defendant.

## Statement Regarding Restitution

    At the change of plea in this case, the government stated that although the parties had agreed to a total of $27,921.03 in restitution, the government was willing to count additional payments by Defendant Sara Sanchez since its most recent calculation as prepayments on this obligation.

    Based on the information in the Presentence Investigation Report (PSR) (ECF No. 141). The government believes that Defendant Sara Sanchez's restitution should be reduced by $2471.13, all of which should be credited against the Department of Education obligation. This calculation is based on credit reports reflecting that Defendant has made $3979 in total payments on her loan and the fact that the parties' calculation in the plea agreement already accounted for $1507.87 in payments. (PSR ¶ 92 & n.4.) [1]

---

[1] The undersigned contacted counsel for Defendant Sara Sanchez to determine whether he had additional evidence of payment or withholding that might shed further light on the figures in the credit report, but defense counsel had no additional information to provide.

Thus, the government believes that, at the time of sentencing, Defendant's restitution obligations are as follows:

- $22,592.87 to the Department of Education,
- $577.99 to Community College of Denver,
- $754.04 to Front Range Community College, and
- $1525 to the State of Colorado.

Respectfully submitted this 24th day of April, 2019.

*Jason R. Dunn*
U.S. Attorney


s/ Daniel E. Burrows
*Daniel E. Burrows*
1801 California St.
Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0400
E-mail: daniel.burrows@usdoj.gov
Special Assistant U.S. Attorney