IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 18-cr-00389-RBJ | Date: April 25, 2019 |
| Courtroom Deputy: | Julie Dynes | Court Reporter:  Sarah Mitchell |
| Interpreter: | N/A | Probation:  Meaghan Mills |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | Daniel E. Burrows |
| v. | |
| 5. SARA SANCHEZ<br>**Defendant** | David R. Jones |

### COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     8:30 a.m.

Appearances of counsel.

Defendant present on bond.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant shall serve of term of **Probation** for **3 years** as to Count Nine of the Indictment.

> **Standard/Mandatory/Discretionary Conditions** of Probation, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately. Restitution in the amount of $25449.90.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**Court in recess:**  8:59 a.m. Hearing concluded. Total time: 00:29